# AUTO WHOLESALERS of NEW ENGLAND
## 259 BROADWAY
## MALDEN MA 02148
## (781) 397-2500 FAX (781) 397 2502

**MOTOR VEHICLE PURCHASE AGREEMENT**
For Consumer Use O[nly]

| Field | Value |
|---|---|
| DATE | 10/17/12 |
| PURCHASER'S NAME(S) | Jon Thomas |
| RESIDENTIAL ADDRESS | 116 Kennedy Drive |
| CITY, STATE, ZIP | Malden MA 02148 |

| Year | Make | Model Name | Body Style/Type | Transmission | Cyl. | Pass. |
|---|---|---|---|---|---|---|
| 05 | Cadillac | Deville | Sedan | Automatic | 8 | 6 |

| Vehicle Identification No. | Color 1st | Interior 1st | Odometer |
|---|---|---|---|
| 1G6KD54Y75U187305 | Black | Black | 89974 mi |

Price of Unit: $8999

**WARRANTY INFORMATION**
☐ This vehicle carries an express warranty. You may obtain a copy of such warranty from the dealer upon request.
☐ This vehicle does not carry an express warranty.

REGISTRATION FEE/TITLE FEE
SALES TAX
(2 checks required)
(Pay to Commonwealth of Massachusetts)

*Sales Tax amount is included in right hand column only when dealership check is issued in payment of Mass. Sales Tax.

In the event I fail to take delivery of the vehicle purchased by me within forty-eight (48) hours after I have been notified by you that it is ready for delivery and pay the total contract price in the manner indicated, my deposit in the amount of $_____ may, at your option, be retained by you to compensate you in whole or in part for any loss sustained by you. Your right to retain my deposit shall be in addition to and not instead of any other right or remedy provided by applicable law including, without limiting the generality of the foregoing, the sale of the car or truck I agree to purchase. If the amount of my deposit exceeds actual damages sustained by you, you will promptly refund the difference to me.

Purchaser's Initials [ ]

ALL REBATES AND SALES INCENTIVES OFFERED BY THE MANUFACTURER OR DISTRIBUTOR ARE HEREBY ASSIGNED TO THE DEALER.
Purchaser's Initials [ ]

This contract is not binding upon either dealer or purchaser until signed by dealer or its authorized representative. PURCHASER MAY CANCEL THIS CONTRACT AND RECEIVE A FULL REFUND AT ANY TIME UNTIL S/HE RECEIVES A COPY OF THIS CONTRACT SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE. PURCHASER MUST GIVE WRITTEN NOTICE OF CANCELLATION TO THE DEALER.

The front and back of this order comprise the entire agreement between the dealer and purchaser and no other agreement or understanding has been made or entered into. Purchaser represents and warrants that no other credit than that stated above has been extended to him/her by dealer. Purchaser represents and warrants that s/he has read and understands the materials printed on this motor vehicle purchase contract. Purchaser acknowledges receipt of a signed copy of this motor vehicle purchase contract.

X _Jn Thomas_ Purchaser's Signature
X _____ Co-Purchaser's Signature
X _____ Approved Authorized Dealer Representative

| # | Item | Amount |
|---|---|---|
| 1 | Total Price | $ |
| 2 | Discount | $ |
| 3 | Trade-In Allowance | $ |
| 4 | Trade Difference (line 1 - lines 2 & 3) | $ |
| 5 | Mass. Sales Tax ( % of line 4) | $ |
| 6 | Title Preparation | $ |
| 7 | Documentary Preparation (Itemize) | $ |
| 8 | Other | $ |
| 9 | TOTAL CONTRACT PRICE (total of lines 4, 5, 6, 7 and 8) | $9299 |
| 10 | Balance Due on Trade-In | $ |
| 11 | Total lines 9 and 10 | $ |
| 12 | Deposit | $500 cash |
| 13 | Rebate(s) | $ |
| 14 | Amount to be Financed | $ |
| 15 | Cash due on Delivery | $ |
| 16 | TOTAL PAYMENT (total of lines 12, 13, 14 and 15) (line 16 must equal line 11) | $9299 |